UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALI FAKI ALI,<br><br>            Petitioner,<br><br>    vs.<br><br>ALEJANDRO MAYORKAS, Secretary, US Department of Homeland Security; UR JADDOUR, Director, U.S. Citizenship and Immigration Services (USCIS); CHRYSTA D. STOCK, Director Spokane Field Office, USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>            Respondents. | NO: 2:21-CV-0212-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal Without Prejudice (ECF No. 15). The parties agree to the dismissal of the above-captioned action without prejudice and without an award of fees or costs to either party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL ~ 1

According to Rule 41(a)(1)(A)(ii), a petitioner (plaintiff) may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice and without an award of fees or costs to any party.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal without Prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED November 23, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2