AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ALI FAKI ALI,<br>*Plaintiff*<br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Dept.<br>of Homeland Security, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:21-CV-0212-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED without prejudice and without an
award of fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   THOMAS O. RICE _____   on the parties' Stipulated Motion for
Order of Dismissal Without Prejudice
(ECF No. 15.)

Date:  November 23, 2021 _____

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry* _____
*(By) Deputy Clerk*

B. Fortenberry _____